1

2

3

4

5

6

7

8                     UNITED STATES DISTRICT COURT

9                     EASTERN DISTRICT OF CALIFORNIA

10

11 BRANDON MARSHALL, et.al.,              No. 2:11-cv-02310-MCE-GGH
                                          (and Consolidated Cases)
12          Plaintiff,

13       v.                               **ORDER OF RELATED CASES AND**
                                          **CONSOLIDATION**
14 AT&T MOBILITY LLC, a Limited
   Liability Company,

15
            Defendant.
16 _____/

17

18       After review of the parties Stipulation Coordinating Cases

19 for Pretrial Purposes received on December 29, 2011, the Court

20 makes the following Orders:

21       Examination of the below listed civil actions reveals that

22 these actions are related within the meaning of Local Rule 123(a)

23 (E.D. Cal. 1997).  The actions involve many of the same

24 defendants and are based on the same or similar claims, the same

25 property transaction or event, similar questions of fact and the

26 same questions of law, and would therefore entail a substantial

27 duplication of labor if heard by different judges.

28 ///

1

1  Accordingly, the assignment of the matters to the same judge is
2  likely to effect a substantial savings of judicial effort and is
3  also likely to be convenient for the parties.  Under the regular
4  practice of this Court, related cases are generally assigned to
5  the district judge and magistrate judge to whom the first filed
6  action was assigned.

7      IT IS THEREFORE ORDERED that pursuant to Fed. R. Civ. P. 42
8  the below listed actions are reassigned to Judge Morrison C.
9  England, Jr. and Magistrate Judge Gregory G. Hollows and
10 consolidated for all further proceedings.  Any dates currently
11 set in said actions are hereby VACATED.

| Plaintiff Name | Case No. | Judge |
|---|---|---|
| Tara Farrell | 2:11-CV-02325-GEB-CKD | Garland E. Burrell |
| Gretchen Mazzera | 2:11-CV-02461-GEB-CKD | Garland E. Burrell |
| Hubert Godinez | 2:11-CV-02458-GEB-CMK | Garland E. Burrell |
| Stuart Ivey | 2:11-CV-02322-JAM-EFB | John A. Mendez |
| Annalissa Casaucau | 2:11-CV-02382-JAM-CKD | John A. Mendez |
| Rick Earp et al. | 2:11-CV-02654-JAM-GGH | John A. Mendez |
| Shahriar Alami et al. | 2:11-CV-02769-JAM-EFB | John A. Mendez |
| Justin Goldner | 2:11-CV-03163-JAM-CKD | John A. Mendez |
| Tamara Adams (Ayers) | 2:11-CV-02311-KJM-CMK | Kimberly J. Mueller |
| Caoinlean Arring | 2:11-CV-02380-KJM-EFB | Kimberly J. Mueller |
| Anthony Poulos | 2:11-CV-02414-KJM-DAD | Kimberly J. Mueller |
| Sharon Jones | 1:11-CV-01452-LJO-GSA | Lawrence J. O'Neill |
| Juanita Valadez | 1:11-CV-01465-LJO-GSA | Lawrence J. O'Neill |
| Lizette Cruz-Jones | 1:11-CV-01471-LJO-GSA | Lawrence J. O'Neill |
| Joseph Kyle Demers | 1:11-CV-01470-LJO-GSA | Lawrence J. O'Neill |
| Cesar Arvizu | 1:11-CV-01481-LJO-GSA | Lawrence J. O'Neill |
| Ebony Villasenor | 1:11-CV-01479-LJO-GSA | Lawrence J. O'Neill |
| Jackie Cosgrove | 1:11-CV-01529-LJO-GSA | Lawrence J. O'Neill |

2

| Richard Browne | 1:11-CV-01575-LJO-GSA | Lawrence J. O'Neill |
|---|---|---|
| Armando Rodriguez | 1:11-CV-01576-LJO-GSA | Lawrence J. O'Neill |
| Edith Magana et al. | 1:11-CV-01631-LJO-GSA | Lawrence J. O'Neill |
| Marc Castillo et al. | 1:11-cv-01862-LJO - GSA | Lawrence J. O'Neill |
| Brandon Marshall | 2:11-CV-02310-MCE-GGH | Morrison C. England, Jr. |
| Jonathan Harms | 2:11-CV-02323-MCE-CKD | Morrison C. England, Jr. |
| Todd Bettencourt | 2:11-CV-02326-MCE-DAD | Morrison C. England, Jr. |
| Brandon Vickner et al. | 2:11-CV-02361-MCE-CKD | Morrison C. England, Jr. |
| Tsz Fung Ho | 2:11-CV-02416-MCE-GGH | Morrison C. England, Jr. |
| Elizabeth Merrick | 2:11-CV-02460-MCE-DAD | Morrison C. England, Jr. |
| Carlos Garcia et al. | 2:11-cv-03031-MCE-DAD | Morrison C. England, Jr. |
| Salvatore Scire | 2:11-CV-02381-WBS-CKD | William B. Shubb |
| Fernando Zamudio | 2:11-CV-02411-WBS-GGH | William B. Shubb |

IT IS SO ORDERED.

1.     Pursuant to Fed. R. Civ. P. 42, the above listed actions are consolidated;

2.     Case No. 2:11-cv-02310-MCE-GGH is designated as the "master file";

3.     The Clerk of the Court is directed to add all complaints and answers filed in the member cases to the master case;

4.     The Clerk of the Court is to issue an Order Requiring Joint Status Report due on or before July 11, 2012;

5.     The Clerk of the Court is directed to administratively close all member cases; and that the Clerk of the Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment; and

///

///

3

1        6.   The parties are directed to file all future pleadings,

2    motions and other filings ONLY in case No. 2:11-cv-02310-MCE-GGH.

3    Dated: January 11, 2012

4

5    _____

6    MORRISON C. ENGLAND, JR.
     UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4